# United States Court of Appeals
## For the First Circuit

Nos. 23-1813, 23-1828

MONISHA GUPTA, SWAPNIL VIJAY KUMAR GADKARI, NIKUNJ PATEL, ANUJA PATEL,

Plaintiffs, Appellants,

v.

UR MENDOZA JADDOU, Director, United States Citizenship and Immigration Services, ANTONY BLINKEN, Secretary, United States Department of State,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 16, 2024, is amended as follows:

On page 4, note 1, line 1, change "Naturalization" to "Nationality".

On page 7, line 1, change "Naturalization" to "Nationality".